**FILED**

10/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0507

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. 24-0507

| | |
|---|---|
| JASON KLEIN, as Personal Representative of THE ESTATE OF TERRY KLEIN, SR.,<br><br>       Appellant/Plaintiff,<br><br>vs.<br><br>RAYMOND HANSEN, LOLA HANSEN and JOHN DOES 1-5,<br><br>       Appellees/Defendants. | **ORDER GRANTING EXTENSION** |

Pursuant to the Appellant's unopposed motion for an extension of time to file his opening brief, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is granted an extension of 30 days to prepare, file, and serve his opening brief on or before November 18, 2024.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

cc:    Mark D. Parker/Geoffrey T. Cunningham
       Calvin Stacey/Morgan Sorena
       Elizabeth Varela

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 18 2024